IRENE RUZIN   (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, California  91436
Tel:  818 325-2888
Fax: 818 325-2890
Email:  ireneruzin@earthlink.net

Attorney for Plaintiff, CAROL ANN ERICKSON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CAROL ANN ERICKSON ) | Case No.: CV 10-2288 AG (RC)) |
| ) | |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] ORDER |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant, ) | |

IT IS HEREBY ORDERED that Plaintiff's complaint in the above referred action be dismissed in its entirety without prejudice.

DATED:   June 28, 2010

    /S/ ROSALYN M. CHAPMAN_____.
HON. ROSALYN M. CHAPMAN
UNITED STATES MAGISTATE JUDGE

-1-